| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Kessler, Gladys | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>4/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. District Court.<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | EINSTEIN Institute for Science, Health and the Courts—a 501c3 organization |
| 2. Director | Our Place, D.C. -- a 501c3 organization |
| 3. Director | Frederick Abramson Foundation--a 501c3 organization |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. I am now collecting a reduced annuity from the Fund |

RECEIVED May 4 10 36 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kessler, Gladys | 4/30/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/02 | D.C. Government - Pension | 103,059.48 |
| 2. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/02 | Prudential Insurance Company-pension |

## IV. REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Einstein Institute for Science, Health & the Courts | St. Louis, Missouri, October 12-14, 2003, Biodiversity, Biotechnology & Conflict Resolution Workshop |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    ADP - common stock | A | Dividend | K | T | | | | | |
| 2.    Tyco - common stock | B | Dividend | K | T | | | | | |
| 3.    MMM - common stock | B | Dividend | K | T | | | | | |
| 4.    GE - common stock | B | Dividend | M | T | | | | | |
| 5.    PPIT - common stock | B | Dividend | J | T | | | | | |
| 6.    Black & Decker - common stock | A | Dividend | K | T | | | | | |
| 7.    Strong Corporate Bond Fund - mutual fund | B | Interest | K | T | | | | | |
| 8.    Strong - Short Term Bond Fund - mutual fund | A | Interest | K | T | | | | | |
| 9.    Vanguard Municipal High Yield Bond Fund -- mutual fund | E | Dividend | N | T | | | | | |
| 10.    Vanguard Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 11.    Twentieth Century Ultra - mutual fund | A | Dividend | L | T | | | | | |
| 12.    Quick & Reilly, Self-Managed IRA -- PPIT | B | Dividend | K | T | | | | | |
| 13.    Strong Short Term Bond Fund - IRA | C | Dividend | L | T | | | | | |
| 14.    D.C. Deferred Comp. Plan | A | Interest | M | V 1/ | | | | | |
| 15.    Sun Trust - Checking Account | A | Interest | K | T | | | | | |
| 16.    Strong Corporate Bond Fund (charitable) - mutual fund | B | Interest | K | T | | | | | |
| 17.    Twentieth Century Ultra IRA - mutual fund | A | Dividend | L | T | | | | | |
| 18.    Strong Opportunity Fund - mutual fund - IRA | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. First Trust Insured Municipal Bonds - Unit Trust | A | Interest | K | W 2/ | | | | | |
| 20. Strong Opportunity Fund - IRA Mutual Fund | A | Interest | K | T | | | | | |
| 21. Vanguard Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 22. Garages - real estate | A | Interest | J | R 3/ | | | | | |
| 23. Archstone Smith - common stock | D | Dividend | M | T | | | | | |
| 24. Vanguard Index 500 Portfolio | C | Dividend | N | T | | | | | |
| 25. D.C. Bonds | A | Interest | K | T | | | | | |
| 26. Public Storage | C | Dividend | M | T | | | | | |
| 27. ACECOM | | None | L | T | | | | | |
| 28. Vanguard Dividend Fund | B | Dividend | M | T | | | | | |
| 29. Model Leasing Assoc. II Lc - Real Estate Partnership | | None | J | R | | | | | |
| 30. Janus Twenty Fund | A | Dividend | K | T | | | | | |
| 31. Escalade - common stock | | None | M | T | | | | | |
| 32. Warehouse Leasing Assoc., L.C. | | None | K | W | | | | | |
| 33. Metropolitan Water District So. California Revenue Board | A | Interest | K | T | | | | | |
| 34. New York City Water Finance Authority | A | Interest | | T | Redemption | 6/15 | K | | |
| 35. Nuveen Dividend Advantage Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 36. Vanguard European Stock Index Fund | | None | | T | Sale | 6/03 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 4/30/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Washington Mutual - common stock | C | Dividend | L | T | | | | | |
| 38. Apache Corp. - common stock | A | Dividend | L | T | | | | | |
| 39. Duke Realty - common stock | C | Dividend | L | T | | | | | |
| 40. Ford Motor - common stock | B | Dividend | L | T | | | | | |
| 41. General Electric - common stock | A | Dividend | K | T | | | | | |
| 42. Smith Midland - common stock | | None | J | T | | | | | |
| 43. Quality Systems - common stock | | None | K | T | Partial Sale | 10/22 | K | F | |
| 44. Hancock Fabrics - common stock | B | Dividend | K | T | | | | | |
| 45. ConAgra - common stock | B | Dividend | K | T | Buy | 10/23 | K | | |
| 46. General Dynamics - common stock | A | Dividend | K | T | | | | | |
| 47. Eaton Vance Municipal Bonds | B | Interest | K | T | | | | | |
| 48. Vanguard Health Care Fund | A | Dividend | L | T | | | | | |
| 49. D.C. G.O. Bond | A | Interest | J | T | | | | | |
| 50. D.C. Revenue Bond | A | Interest | J | T | | | | | |
| 51. Free Wheeling Stable | | None | — | | Liquidated | 12/1 | J | | |
| 52. Shaw Group | | None | K | T | Buy | 2/25 | K | | |
| 53. Vanguard IRA - Prime Money Market Fund | A | Interest | J | T | Buy | 4/03 | J | | |
| 54. Thrift Savings Plan 4/ | | None | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1/ This is the valuation given by the D.C. Deferred Compensation Plan.

2/ These Unit Trusts are exceedingly difficult to value because a substantial percentage of their principal has been returned over the years. This is our good faith estimate of their remaining worth.

3/ On Setgember 30, 1993, ███████ purchased 24 parking spaces in Bethesda, Maryland for $49,000. In 1994, he sold five spaces for a total of $15,000 with a capital gain of $4,665 and no net income. In 1995, he sold two spaces for a total of $12,000 with a capital gain of $7,000 and no net income. Ten spaces were sold in 1993, prior to my reporting requirements. In 1998, he sold one space. In 2002, he sold 3 spaces for a total of $18,000 with a capital gain of less than $1,000; the buyer gave him a note for approximately $16,000, as the note is paid off, there may well be some capital gain in the future. He estimates the value of the remaining spaces at $12,000.

4/ I have been a contributor to the federal government's Thrift Savings Plan for nine (9) years or so. I cannot imagine how I omitted listing it, except that I must have confused it with the D.C. deferred compensation plan. My sincere apologies.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kessler, Gladys | 4/30/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓                     Date April 30, 2004

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544